**Order entered September 16, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00477-CV

## WARREN R. WESTBERG, Appellant

## V.

## PAUL MASON, INDIVIDUALLY AND PML MASON CONTRACTORS, INC., D/B/A MASON ROOFING, Appellees

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-03685-2017

## ORDER

Before the Court is appellant's September 14, 2020 unopposed second motion to extend time to file his opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than September 21, 2020.

/s/    BILL WHITEHILL
JUSTICE